UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

Eastern District of Kentucky
FILED

MAY 11 2005

AT FRANKFORT
LESLIE G WHITMER
CLERK U S DISTRICT COURT

PAUL DANIEL DOTSON,            )
                               )
        Plaintiff,             )     Civil Action No. 7:04-154-KKC
                               )
V.                             )
                               )
DR. DESINGU S. RAJA,           )     **MEMORANDUM OPINION**
                               )     **AND ORDER**
        Defendant.             )
                               )

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the motions of the Plaintiff, Paul Daniel Dotson ("Dotson"), to amend his complaint to add Appalachian Regional Healthcare, Inc. ("ARH") as a defendant (Rec. No. 17) and to remand this matter to Pike Circuit Court (Rec. No. 15). For the following reasons, the Court will GRANT both motions.

Dotson's Complaint alleges that the Defendant Dr. Raja rendered negligent surgical care. (Rec. No. 1, Complaint ¶ 4). Dotson is a Kentucky citizen. (Rec. No. 1, Complaint ¶ 2). In a prior Opinion, the Court determined that Dr. Raja is a West Virginia citizen. (Rec. No. 6, Memorandum Opinion and Order). Because ARH is a Kentucky citizen, its addition to this action will destroy this Court's diversity jurisdiction. *See* 28 U.S.C. § 1332.

Dotson argues that ARH should be joined because ARH was Dr. Raja's employer at all relevant times and, as such, would be liable for any negligence of Dr. Raja under the doctrine of Respondeat Superior. (Rec. No. 18, Supporting Memorandum), In response, Dr. Raja asserts that he was not ARH's employee but, instead, was an independent contractor. (Rec. No. 26, Response to Motion to File Amended complaint). Dr. Raja also argues that the Court should refuse to join ARH under the Court's discretion as provided in 28 U.S.C. § 1447(e).

In a Memorandum Opinion and Order issued by Judge Danny C. Reeves in a separate action in which Dr. Raja is a defendant (*Lewis Gooslin v. Desingu Raja, M.D.*, Eastern District of Kentucky, 7:04-CV-36-DCR, Rec. No. 40), this Court has ruled on precisely the issues presented in Dotson's motions. That Opinion is attached as Exhibit 1 and involved the same relevant facts as this matter. The Court has reviewed the Opinion and, finding it thorough and well reasoned, adopts its analysis and ultimate conclusion that ARH was Dr. Raja's employer during the relevant time period and that ARH should be joined as a defendant to this action under Rule 20 of the Federal Rules of Civil Procedure.

While, pursuant to 28 U.S.C. § 1447(e), the Court may exercise its discretion and deny joinder of ARH, after reviewing the appropriate factors, the Court declines to do so. *See, e.g., Siedlik v. Stanley Works, Inc.*, 205 F.Supp.2d 762, 765 (E.D. Mich. 2002). While joining ARH certainly destroys diversity, the Court cannot find that is Dotson's sole or even primary purpose. As stated, Dotson has a colorable claim against ARH and, thus, reasonably seeks to add it as a party. Further, Dotson was not dilatory in seeking to join ARH, doing so within days after Dr. Raja stated in a deposition that he was an employee of ARH. Furthermore, Dotson and the interest of judicial economy will be injured if ARH is not joined in this action as Dotson will be required to litigate two actions involving the same events and claims in two separate proceedings.

Accordingly, the Court hereby ORDERS as follows:

1) Dotson's Motion to Amend Complaint is GRANTED (Rec. No. 17);

2) The Clerk is directed to file the tendered Amended Complaint (Rec. No. 18, Exhibit 2) in the Record;

3) The Plaintiff is ORDERED to immediately serve the Amended Complaint on

Appalachian Regional Healthcare, Inc.;

4) The Plaintiff's Motion to Remand this Matter to Pike Circuit Court is GRANTED (Rec. No. 15); and this matter will be DISMISSED and STRICKEN from the active docket of this Court upon the Clerk's notification that service has been completed; and

5) Upon service of the Amended Complaint, the Clerk of the Court is ORDERED to REMAND this matter to the Pike Circuit Court.

This the 11 day of May, 2005.

*[signature: Karen Caldwell]*

KAREN K. CALDWELL, JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY